90 P.3d 266

# SUPREME COURT OF HAWAIʻI

Jhun v. State . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25541    05/26/2004    Vacated, remanded & reversed